Alan R. Solot, Esq.
SBN 006587
2701 E. Speedway STE 203
Tucson, Arizona 85716
520-299-1465
520-299-1482 (fax)
arsolot@gmail.com

Attorney for Defendant Jeff Sires

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br>GRANT COUNTY EXCAVATING, INC.,<br>    Debtor, | Chapter 11 Case<br><br>No.4:13-bk-19613-SHG<br><br>Adv. No. 4:14-ap-00898-SHG |
| UNSECURED CREDITORS COMMITTEE,<br>    Plaintiff,<br>v.<br>STACEY SPINK, p/k/a Stacey Sires, JEFF SIRES, and EDG FUELS, INC. and THE STACEY JANELL SPINK AND JOHN HUNGTINGON SPINK LIVING TRUST,<br>    Defendants. | **ANSWER TO ADVERSARY COMPLAINT** |

    Defendant Jeff Sires, ("Defendant") by and through his attorney of record, answering the pending Adversary Complaint (the "Complaint") on file herein, admits, denies and alleges as follows:

    1. Answering Paragraphs 1, 2, 3, 4, 7, 8, 9, and 10 of the Complaint, Defendant admits the allegations therein set forth.

    2. Answering Paragraph 6 of the Complaint, Defendant denies that Plaintiff is entitled to a judgment against Defendant for the value of property transferred by the Debtor

1

**ALAN R. SOLOT, Esq.**
**2701 E. Speedway Ste. 203**
**Tucson, Arizona 85716**
**520-299-1465**

Case 4:14-ap-00898-SHG    Doc 15    Filed 02/04/15    Entered 02/04/15 08:56:42    Desc
Main Document    Page 1 of 3

to Defendant and admits the remaining allegations in such paragraph.

3. Answering Paragraphs 5, 12, 13, 14, 15 and 23 of the Complaint, Defendant is without information regarding such allegations and therefore denies them.

4. Answering Paragraph 18 of the Complaint, Defendant denies that such transfers were made to Defendant and asserts Debtor's disclosure statement speaks for itself and it is thus the best evidence.

5. Answering Paragraphs 11, 16, 17, 19, 20, 21, 22, 24, 26, 27, 29, 31, 32, 33, 35, 36, 38, 40 and 41 of the Complaint, Defendant denies the allegations as directed to Defendant and is without information as directed to other defendants.

6. Answering Paragraphs 25, 28, 30, 34, 37, and 39 of the Complaint, Defendant re-states his answer to each of the referred to allegations.

7. Defendant denies each allegation of the Complaint not specifically admitted herein.

## AFFIRMATIVE DEFENSES

8. As an affirmative defense Defendant alleges that the Complaint fails to state facts sufficient to constitute a claim against this Defendant.

9. .Defendant reserves the right to amend this answer in the event that information acquired in the future provides sufficient basis for other affirmative defenses.

WHEREFORE, Defendant, having fully answered Plaintiff's Complaint, hereby requests that this Court enter judgment in favor of Defendant and for such other and further relief as is just.

Dated February 4, 2015

                                                               /s/ *Alan R. Solot*        SBN 006587
                                                              ALAN R. SOLOT
                                                              Attorney for Defendant Jeff Sires

**ALAN R. SOLOT, Esq.**
**2701 E. Speedway Ste. 203**
**Tucson, Arizona 85716**
**520-299-1465**

Copy of the foregoing mailed/transmitted
on February 4, 2015 to:

Brian J. Rayment, Esq.
KIVELL, RAYMENT & FRANCIS, P.C.
7666 E. 61st Street STE 240
Tulsa OK 74133
brayment@kivell.com
Attorney for Plaintiff

Eric Ollason, Esq.
182 North Court Avenue
Tucson, Arizona 85701
eollason@182court.com
Attorney for Debtor/Defendant and
Attorney for Stacey JaNell Spinks

3

ALAN R. SOLOT, Esq.
2701 E. Speedway Ste. 203
Tucson, Arizona 85716
520-299-1465

Case 4:14-ap-00898-SHG    Doc 15    Filed 02/04/15    Entered 02/04/15 08:56:42    Desc
Main Document    Page 3 of 3